**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CABRERA GIRON, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METRO SERVICES GROUP, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01424-FMO (AFMx)<br><br>**CLASS ACTION**<br><br>**ORDER**<br><br>Date of first filing: April 29, 2020 |

Based on the Parties' stipulation and good cause appearing, the action is hereby dismissed as follows:

Plaintiff's class claims and claims pursuant to the Private Attorney General Act of 2004, Labor Code § 2698 *et seq.* shall be dismissed without prejudice;

All remaining claims in the action shall be dismissed with prejudice. Each party shall bear its/her own attorney's fees and costs.

The Court shall not retain jurisdiction to enforce the settlement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82, 114 S.Ct. 1673, 1677 (1994).

**IT IS SO ORDERED.**

Dated: June 30, 2022

/s/
U.S. District Court Judge